**Michael Brunell FLANIGAN,
Plaintiff–Appellant,**

v.

**Elizabeth PANAGUITEN, MLP; J.D. Allen, Clinical Director; Vanessa P. Adams, Warden; Harrell Watts, Administrator National Inmate Appeals;**

**Kim White, Southeast Regional Director; Y. Aponte, Assistant Health Services Administrator; S. Desrochers, Defendants–Appellees,**

and

**United States of America, General Accounting Office; Federal Bureau of Prisons, Defendants.**

**No. 10–6416.**

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 10, 2011.

Decided: Feb. 17, 2011.

Michael Brunell Flanigan, Appellant Pro Se. George Maralan Kelley, III, Assistant United States Attorney, for Appellees.

Before WILKINSON and DAVIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Brunell Flanigan appeals the district court's order denying relief on his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). We have reviewed

---

the record and find no reversible error. Accordingly, although we grant Flanigan's motion to supplement the record, we affirm for the reasons stated by the district court. *Flanigan v. Panaguiten,* No. 2:08–cv–00169–MSD–TEM (E.D. Va. filed Feb. 2, 2010 & entered Feb. 3, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*